**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ICEBREAKERS, *et al.*,

     *Plaintiffs*,

v.

JEANETTE NUÑEZ, *et al.*,

     *Defendants*.

_____/

**DECLARATION OF MAX FONDREN**

1.      My name is Max Fondren. I am a senior student at Florida International University and a member and president of ICEBreakers.

2.      ICEBreakers is a student-led coalition and membership organization with a mission to mobilize FIU students, faculty, and other university community members to end FIU's partnership with U.S. Immigration and Customs Enforcement.

3.      ICEBreakers was founded by several FIU students in August 2025.

4.      ICEBreakers' carries out our mission by educating the university community about FIU's collaboration with ICE and by galvanizing community members to join in direct action to protest that collaboration.

5.      We accomplish this through social media, education, and events, including non-violent protests, which highlight ICE's inhumane practices and the cruelty of the federal and state governments' immigration policies.

6.      One of ICEBreakers' protests took place on March 13, 2026, at a university event featuring President Jeanette Nuñez and Alex Rodriguez (A-Rod).

7.      The event was held at FIU's Student Academic Success Center, in a large auditorium with a capacity of 700 people. FIU notes the auditorium's capacity here: https://centralreservations.fiu.edu/venues/profile/sasc-auditorium.html.

8.      The event was part of FIU's Presidential Speaker Series, which has hosted several speakers with diverse and varied political views. The event was open to the public.

9.      ICEBreakers intends to engage in additional non-violent actions in the upcoming 2026-27 academic year (as well as the years that come after until FIU ends its 287(g) agreement) to advance our mission of opposing FIU's 287(g) agreement and making known our opposition to the immigration policies of the university, state government, and federal government.

1

10. In particular, ICEBreakers plans to hold non-violent protests and demonstrations indoors at FIU's campus to get our message out and garner support for our primary goal: ending FIU's 287(g) agreement.

11. Specifically, at the start of the new year, ICEBreakers plans to engage in expressive activities indoors on campus, including: wearing our "ICE OFF FIU" t-shirts and buttons together, posting flyers, tabling inside the Graham Center to talk to passing student to inform them about FIU's 287(g) agreement and to convince them to join our effort, speaking to students and distributing flyers both outside and inside classrooms. We are also discussing organizing additional demonstrations similar to the March 13 silent protest, and we hope to hold similar demonstrations in the coming academic year.

12. I, and other ICEBreakers leaders, fear that FIU will enforce its policy on expressive activities indoors against us (as it did against the seven students charged for the March 13 protest) if we try to exercise our First Amendment rights as we wish to.

13. Because FIU's regulation bans any expressive conduct indoors and because the university enforced the policy against ICEBreakers' March 13 non-violent silent demonstration, ICEBreakers members cannot determine which of our planned activities are allowed by the university. Based on the policy's language, it would prohibit all of our planned expressive activities described above, and even a public debate between an ICEBreakers leader and a pro-ICE enforcement student group, if held indoors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __10__, 2026.


_Max Fondren_
**Max Fondren**

2