**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ICEBREAKERS, *et al.*,

     *Plaintiffs*,

v.

JEANETTE NUÑEZ, *et al.*,

     *Defendants*.

_____/

**DECLARATION OF CALEB DEAN**

1.     My name is Caleb Dean. I am a junior student at Florida International University and a member of ICEBreakers.

2.     I enrolled at FIU because of the school's "international" status and I have been an ICEBreakers member since participating in an outdoor sit-in that the group hosted.

3.     I believe deeply that FIU needs to end its 287(g) agreement and ICE should have no role on campus.

4.     I participated in ICEBreakers' silent protest at the event with Jeanette Nuñez and Alex Rodriguez.

5.     The other ICEBreakers members and I stood up, briefly faced the audience, and then walked out of the audience of our own accord.

6.     We each wore shirts with the message "ICE OFF FIU."

7.     We were silent for the duration of the protest.

8.     President Nuñez and A-Rod continued their conversation during our protest and, to the best of my knowledge, they also continued after it.

9.     Our protest did not materially or substantially disrupt the event, or university operations generally.

10.     The entire protest, from when we stood up to when we left the auditorium, was less than five minutes long.

11.     Nobody asked us to sit down or leave while we were standing at our seats.

12.     To my knowledge, nobody attending the event complained to any FIU staff that we were disturbing them or blocking their view.

13.     FIU charged me with misconduct for the protest.

14.     At my "information session" with Amy Rodriguez, she told me that FIU was

charging me with misconduct for failing to comply with FIU's Regulation 110, Section 3, based on my silent protest.

15. Amy explained that I was not being accused of any disruptive conduct, but rather what she described as engaging in expressive activities indoors.

16. FIU held a misconduct hearing and found me responsible for the misconduct that they charged.

17. I would like to participate in other non-violent expressive activities in the upcoming academic year.

18. Specifically, I plan to join in non-violent protests and other expressive activities indoors on campus to promote the ICEBreakers message that FIU should end its relationship with ICE.

19. I fear that FIU will again enforce its policy against me if I try to engage in protests, demonstrations, or other expressive actions indoors.

20. I am unable to determine what expressive activities would be permitted under Regulation 110 and what would be prohibited.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on August __10___, 2026.


_____
**Caleb Dean**