**From:** Amelia Rodriguez <rodriame@fiu.edu>
**Sent:** Monday, April 20, 2026 1:31 PM EDT
**To:** ▇▇▇▇▇▇@efc.maxient.com" ▇▇▇▇▇▇@efc.maxient.com>
**Subject:** FW: Student Conduct and Academic Integrity: Incident Report Follow Up
**Attachment(s):**

---

**From:** Jehnny Rivera <jprriver@fiu.edu>
**Sent:** Wednesday, April 1, 2026 3:37 PM
**To:** Amelia Rodriguez <rodriame@fiu.edu>
**Subject:** Re: Student Conduct and Academic Integrity: Incident Report Follow Up

Hi Amelia,

Thank you for reaching out. Yes, there was an incident during the event in which approximately 10–15 individuals stood up, faced the audience, and removed their sweaters or sweatshirts to display identical t-shirts. The incident lasted approximately 3–5 minutes.

One of the speakers briefly acknowledged the incident; however, it did not disrupt the event, and the speakers were able to continue their discussion. No other attendees approached me directly to raise concerns about the incident.

Please feel free to reach out if you need anything else.

Thank you,

Jehnny P. Rivera, '10, MBA '16
**Florida International University**

*Executive Director*, *Office of University Protocol, Ceremonies, and Events*
Division of Operations and Safety
11200 SW 8th Street PC 539
**P:** (305) 348-2288
**Website:** https://www.fiu.edu



---

**From:** Amelia Rodriguez <rodriame@fiu.edu>
**Sent:** Wednesday, April 1, 2026 1:38 PM
**To:** Jehnny Rivera <jprriver@fiu.edu>
**Subject:** Student Conduct and Academic Integrity: Incident Report Follow Up

Good afternoon Jehnny,

I am investigating an alleged incident that occurred during an event on March 13, 2026, in SASC room 160. According to the information I received, there were individuals who stood up and obstructed the view of other attendees while the speaker was actively addressing the audience. Do you have any additional information regarding this matter? As a result of this

situation can you confirm if there was a disruption or a delay to the event? Did any attendees come forward at any point during or after the event to share that their view was obstructed or that they were bothered by the situation?

Any additional information you can provide would be helpful in determining next steps.

Sincerely,

Amy Rodriguez
**Florida International University**

*Associate Director*, *Student Conduct & Academic Integrity*
Florida International University
11200 S.W. 8th Street, GC 311 Miami, FL 33199
**P:** (305) 348-3939
**Website:** https://conduct.fiu.edu
Instagram