## INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| Agency Name | Fiu Police Department |
|---|---|
| ORI | FL 0133100 |

| Case# | 2026-03130005 |
|---|---|
| Date / Time Reported | 03/13/2026  12:56  Fri |
| Last Known Secure | 03/13/2026  12:56  Fri |
| At Found | 03/13/2026  12:56  Fri |

| Location of Incident | Gang Relat | Premise Type | /Beat |
|---|---|---|---|
| 1401 SW 108TH AVE - SASC, Miami Dade | NO | School-college/univer | BWC, MMC |

| #1 | Crime Incident(s)  (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|
| | Information Only ZOD | Entry | Exit | Security | |

| #2 | Crime Incident  ( ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|
| | | Entry | Exit | Security | |

| #3 | Crime Incident  ( ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|
| | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims  0 | Type: | Injury: | Domestic: NO |
|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | Email | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)    WI = Witness    IO = Involved Other    RP = Reporting Person (if other than victim)

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| IO | LUNA, REINIER | | ▮ | ▮ | ▮ | | ▮ | |

| Home Address | Email | Home Phone |
|---|---|---|
| ▮▮▮ | | ▮▮▮ |
| Employer Name/Address  ▮▮▮ | Business Phone | Mobile Phone |

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| IO | LARKINS, WILL | | ▮ | ▮ | ▮ | | ▮ | |

| Home Address | Email | Home Phone |
|---|---|---|
| ▮▮▮ | | ▮▮▮ |
| Employer Name/Address  ▮▮▮ | Business Phone | Mobile Phone |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CE DEPARTMENT
NOT TO BE DISSEMINATED FURTHER
EXCEPT AS PROVIDED BY LAW

| Officer/ID# | CAL, MICHAEL  (0253) | | |
|---|---|---|---|
| Invest ID# | GAMUNDI, FRANCISCO  (0291) | Supervisor | MCKNIGHT, FELISHA N  (0261) |

**Status**

| Complainant Signature | Case Status  Inactive  03/23/2026 | Case Disposition: | Page 1 |
|---|---|---|---|

**Incident Report Additional Name List**



Fiu Police Department

OCA: *2026-03130005*

Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **1)** | IO 6 | TRIPATHI, KATYAYANI | | ▮▮▮ | ▮ | ▮ | ▮ |
| | Address | ▮▮▮ | | H: 7▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **2)** | IO 7 | BARLEY, KATHRYN | | ▮▮▮ | ▮ | ▮ | ▮ |
| | Address | ▮▮▮ | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **3)** | IO 8 | BASDEN, ALLYSON | | ▮▮▮ | ▮ | ▮ | ▮ |
| | Address | ▮▮▮ | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **4)** | IO 9 | CARO, ANDREW | | ▮▮▮ | ▮ | ▮ | |
| | Address | ▮▮▮ | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **5)** | IO 10 | SABALLOS, NICOLAS | | ▮▮▮ | ▮ | ▮ | |
| | Address | ▮▮▮ | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **6)** | IO 11 | DEAN, CALEB | | ▮▮▮ | ▮ | ▮ | ▮ |
| | Address | ▮▮▮ | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **7)** | IO 12 | MONTOYA, DIEGO | | ▮▮▮ | ▮ | ▮ | ▮ |
| | Address | ▮▮▮ | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **8)** | IO 3 | MARTINEZ, EMILY | | ▮▮▮ | | | |
| | Address | ▮▮ , ▮▮ - | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| **9)** | IO 4 | DALEY, KAITLYN | | ▮▮▮ | ▮ | ▮ | ▮ |
| | Address | ▮▮▮ | | H: ▮▮ | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

CE DEPARTMENT NOT TO BE DISSEMINATED FURTHER EXCEPT AS PROVIDED BY LAW

COPY



## Incident Report Additional Name List

*Fiu Police Department*

COPY

**OCA:** *2026-03130005*

Additional Name List

| | Name Code/# | Name (Last, First, Middle) | | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| **10)** | *IO    5* | *AFFATIGATO, SILVIA* | | | ▮▮▮▮ | ▮ | ▮ | ▮ |
| | **Address** | ▮▮▮▮▮▮▮▮ | | | **H:** ▮▮▮▮ | | | |
| | **Empl/Addr** | | | | **B:**    -   - | | | |
| | | | | | **Mobile #:**    -   - | | | |

CE DEPARTMENT
NOT TO BE DISSEMINATED FURTHER
EXCEPT AS PROVIDED BY LAW

## INCIDENT/INVESTIGATION REPORT

*Fiu Police Department*

Case # *2026-03130005*

**Status Codes**   L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*MESIDOR, J. (0097),  ALVAREZ, J. (0288),  POWELL, Q.A. (0429),  TORRES, R. (0250),  GAMUNDI, F. (0291)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2026-03130005                     *Fiu Police Department*

N A R R A T I V E

COPY

CE DEPARTMENT
NOT TO BE DISSEMINATED FURTHER
EXCEPT AS PROVIDED BY LAW

**REPORTING OFFICER NARRATIVE**

COPY

| | | OCA |
|---|---|---|
| *Fiu Police Department* | | *2026-03130005* |
| Victim | Offense | Date / Time Reported |
| | *INFORMATION ONLY* | *Fri 03/13/2026 12:56* |

While assigned to a special event detail at SASC Room 160, several individuals in the audience stood up during the event and turned toward the crowd, engaging in what appeared to be a silent protest. At the beginning of the event, all attendees had been instructed that disruptions to the event would not be permitted. The individuals who stood up obstructed the view of other attendees while the speaker was actively addressing the audience. Event staff and officers monitored the situation as the individuals continued standing during the presentation.

As the group exited the room, Major Mesidor requested that the individuals, who were identified as FIU students and FIU faculty members, identify themselves by presenting their Panther ID cards. Per FIU University policy, students and faculty are required to provide their Panther ID when requested by a university administrator. One faculty member advised the students that they were not required to provide their Panther ID to officers or to Major Mesidor. The group of students and faculty members was then informed that they were permitted to protest but must do so at least 50 feet away from the building in accordance with university policy.

No arrests were made at this time. The individuals subsequently left the immediate area of the event.

CE DEPARTMENT
NOT TO BE DISSEMINATED FURTHER
EXCEPT AS PROVIDED BY LAW

**CASE SUPPLEMENTAL REPORT**

COPY

Printed: 03/23/2026  18:06

*Fiu Police Department*

OCA: **202603130005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *INACTIVE* | **Case Mng Status:** *CLOSED/INACTIVE* | **Occurred:** *03/13/2026* |
| **Offense:** *INFORMATION ONLY* | | |

| | | |
|---|---|---|
| **Investigator:** *CAL, MICHAEL* *(0253)* | **Date / Time:** *03/19/2026 14:17:47, Thursday* | |
| **Supervisor:** *PONCE, DAREL* *(0281)* | **Supervisor Review Date / Time:** *03/19/2026 14:28:57, Thursday* | |
| **Contact:** | **Reference:** *Follow Up* | |

While assigned to a special event detail at SASC Room 160, several individuals in the audience stood up during the event and turned toward the crowd, engaging in what appeared to be a silent protest. At the beginning of the event, all attendees had been instructed that disruptions to the event would not be permitted.

The individuals who stood up obstructed the view of other attendees while the speaker was actively addressing the audience. Event staff and officers monitored the situation as the individuals continued standing during the presentation. As the group exited the room, Major Mesidor requested that the individuals, who were identified as FIU students and FIU faculty members, identify themselves by presenting their Panther ID cards. Per FIU University policy, students and faculty are required to provide their Panther ID when requested by a university administrator.

Multiple faculty member advised the students that they were not required to provide their Panther ID to officers or to Major Mesidor.

NOTE: After further investigations we have identified individual`s involved.

CE DEPARTMENT
NOT TO BE DISSEMINATED FURTHER
EXCEPT AS PROVIDED BY LAW

**CASE SUPPLEMENTAL REPORT**

*NOT SUPERVISOR APPROVED*

Printed: 03/23/2026  18:06

*Fiu Police Department*

COPY

OCA: **202603130005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *INACTIVE*          **Case Mng Status:** *CLOSED/INACTIVE*          **Occurred:** *03/13/2026*

**Offense:** *INFORMATION ONLY*

---

**Investigator:** *GAMUNDI, FRANCISCO*     *(0291)*          **Date / Time:** *03/23/2026 16:55:35, Monday*

**Supervisor:** *(0)*          **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**          **Reference:** *Follow Up*

---

Case was referred to Student Contuct. [03/23/2026 16:55, FGAMUNDI, 215, FIU]

CE DEPARTMENT
NOT TO BE DISSEMINATED FURTHER
EXCEPT AS PROVIDED BY LAW