

April 7, 2026

James Kuhlman
Sent electronically to jkuhl004@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025424311

Dear James:

The Office of Student Conduct and Academic Integrity is in receipt of a report concerning your alleged involvement in actions which may constitute a violation of the Florida International University Student Conduct and Honor Code (Code).

The Allegations:
On (or around) March 13, 2026, it was reported by FIU Police you failed to comply with FIU Regulation 110 while attending an event at the Student Academic Support Center.

Based upon the above allegation(s), you are being charged with:
1. 5.xi.i. Failure to Comply - Failure to comply with a request or directive of a University Official or non-University law enforcement official in the performance of their duty.

You are requested to attend an Information Session with me on **Monday, April 13, 2026, at 11:00 AM via Zoom at the following link: https://fiu.zoom.us/j/87287439929.** For instructions and a video tutorial on how to access Zoom meetings, please visit the Zoom tutorial. I encourage you to review this prior to your scheduled Information Session.

If you are unable to attend this scheduled Information Session, you must email **rodriame@fiu.edu** within three (3) business days from the date of this letter to arrange an alternative appointment.

During this Information Session, you will:

- have the opportunity to share your perspective and provide additional information (if you so choose to) regarding these allegation(s);
- be provided information about the summary resolution and hearing processes; and,
- be given access to information supporting the charge(s) available at the time.

**Division of Academic and Student Affairs**
**Student Conduct** • • • •• • • • • •• •• • • •• • •
11200 SW 8th Street, Graham Center 311 • Miami, FL  33199 • 305 (348-3939) • 305 (348-6477) (fax) • conduct.fiu.edu
Florida International University is an Equal Opportunity/Access Employer and Institution •TDD via FRS 1-800-955-8771

Neither audio nor video recording of the session is permitted, but if you need any accommodations to participate in the Student Conduct Process, please let me know as soon as possible.  You may resolve your case at this Information Session, waiving any applicable disciplinary proceeding rights, or you may select to proceed to a hearing.  If this is an Academic Integrity case, your grade in the course will be an Incomplete (IN) until this case has been resolved.

At this Information Session, and throughout the disciplinary process, you have the following rights:

- Reasonable, written notice of the Code charge(s) and the allegations upon which the charge(s) is/are based;
- A presumption that no violation occurred;
- A fair and impartial hearing;
- The right to be accompanied by an Advisor of your choice and expense at any time during the Code process;
    - i. A list of advisors who can help you, for free, is available at:https://dasa.fiu.edu/all-departments/student-conduct-and-academic-integrity/procedural-advisors/index.html
- The opportunity to review all relevant information or evidence to be used in the hearing prior to the hearing;
- The ability to participate in the Student Conduct hearing either physically or by contemporaneous alternative means (e.g., Zoom, phone);
- The opportunity to present, or have your advisor present relevant witnesses and information at the hearing;
- The opportunity to question, or have your advisor question witnesses in accordance with the Hearing Procedures;
- Not to provide self-incriminating testimony. Invoking the right against self-incrimination will not be considered as a negative factor in the decision of the Hearing Officer or Hearing Body;
- Receive notification of the decision of the Hearing Body in writing within fourteen (14) Business Days of the hearing;
- Appeal the decision via the process established by the University.

Please refer to the Student Conduct and Honor Code for a detailed explanation of the student conduct process and for access to the complete Code.

If you fail to attend the Information Session or to reschedule the appointment within three (3) business days of the date of this letter, you will:

- be deemed to waive your right to an Information Session;
- a hearing will be scheduled to resolve this matter; and,

- a hold will be placed on your record (if one has not already been placed). This hold will remain on your record until the case has been resolved (including the completion of any applicable sanctions), ensuring that any relevant transcript notation be assigned before your transcript is released and that your diploma is not conferred. If this is an Academic Integrity case, please note that your hold will not allow you to add/drop classes. If you need to update your enrollment, please contact me.

Finally, a list of resources is attached, but if you have any questions, please do not hesitate to contact me at **rodriame@fiu.edu**.

Sincerely,

Amelia Rodriguez
Associate Director, Student Conduct and Academic Integrity



# Resources

## Academic Support

- **International Students & Scholar Services**
  (305)348-2421
  Isss.fiu.edu

- **Process Advisors**
  https://dasa.fiu.edu/all-departments/student-conduct-and-academic-integrity/procedural-advisors/index.html

- **Veterans and Military Affairs**
  305-348-2838
  veterans@fiu.edu
  vma.fiu.edu

## Student Health & Wellness (shw.fiu.edu)

- **Bettermynd** (Short-term teletherapy)
  go.fiu.edu/bettermynd

- **Counseling & Psychological Services**
  305.348.2277
  caps.fiu.edu

- **Disability Resource Center**
  MMC (305) 348-3532
  BBC (305) 919-5345
  drc@fiu.edu
  drc.fiu.edu

- **Panthers Care (Dean of Students)**
  dos@fiu.edu
  pantherscare.fiu.edu

- **Student Health Clinics**
  305.348.8385
  Studenthealth.fiu.edu

- **Togetherall** (Online peer-to-peer support community)
  go.fiu.edu/togetherall

- **Victim Empowerment Program**
  305-348-2277
  advocacy@fiu.edu
  vep.fiu.edu

## Miscellaneous

- **English Language Institute**
  (305) 348-2493
  eliinfo@fiu.edu
  eli.fiu.edu

- **FIU Police Department**
  (305) 348-2626
  police.fiu.edu

- **Global First Year**
  (305) 348-8053
  appsupport@globalfiu.com
  globalfiu.com

- **University Ombudsperson**
  (305) 348-2797
  ombuds@fiu.edu
  ombuds.fiu.edu