

June 29, 2026

Reinier Luna
Sent electronically to rluna021@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025424310

Dear Reinier Luna:

This letter serves to inform you of the outcome of your Joint Student Conduct Committee Hearing held on **June 19, 2026**.

The allegations surrounding the charge(s) were:
On (or around) March 13, 2026, it was reported by FIU Police you failed to comply with FIU Regulation 110 while attending an event at the Student Academic Success Center.

Based upon the information, testimony and evidence presented, the findings are as follows:
1. 5.xi.i. Failure to Comply - Failure to comply with a request or directive of a University Official or non-University law enforcement official in the performance of their duty. -- **Responsible**

 The Sanctions Assigned as a Result of the Hearing:
**Written Reprimand:** This letter serves as a written reprimand from the University. The University takes official notice that your actions were inappropriate and not in accordance with our community standards.

**Video Reflection:** Create a two-minute video explaining your understanding of FIU Regulation 110, what is expected under FIU Regulation 110 related to indoor and outdoor areas, and how you will apply what you have learned moving forward. The video must be your original work. The video must be thoughtful and substantive in its response to the prompt. The Office of Student Conduct and Academic Integrity reserves the right to ask you to resubmit your work if it does not adhere to the outlined instructions. The video, or a link to the video is to be submitted to the Office of Student Conduct and Academic Integrity, conduct@fiu.edu **by July 20, 2026.**

Failure to complete these sanctions by the dates indicated will result in a Student Conduct Hold being placed on all of your academic records, and/or further student conduct action. This means

that you will be unable to register for classes, obtain financial aid, transcripts, receive a diploma, or other academic records.

You have the right to appeal this decision. You may do so by submitting the attached Appeal Form to the appropriate appellate body. This appeal must be received within seven (7) business days of receipt of this letter: *July 10, 2026*. The grounds and procedures for appeal are outlined in the FIU Student Conduct and Honor Code.

Should you not appeal within the prescribed timeframe, this decision constitutes final agency action of the University and no further action will be taken by the University on this matter. You may seek judicial review of this final University decision pursuant to Florida Rule of Appellate Procedure 9.190(b)(3), applicable to review of quasi-judicial decisions of an administrative body not subject to the Administrative Procedure Act, by filing a petition for certiorari review with the appropriate circuit court within thirty (30) days of the final University decision. If you seek review with the court, you must also provide a copy of the petition to the following university office or official: Office of the General Counsel, Clerk of the University, Florida International University, 11200 SW 8th Street, PC 511, Miami, FL 33199.

If you have any questions, please do not hesitate to contact me at dmparra@fiu.edu.

Sincerely,

Devin Parra
Assistant Dean of Students, Student Conduct and Academic Integrity



## APPEAL FORM

<div style="border:1px solid black">

**Instructions for Appeal Form:**
1. The Respondent wishing to appeal must complete the appeal form in full.
2. The Appeal Form and any additional documents must be completed and attached at time of submission.
3. The Appeal Form must indicate a reason(s) for appeal.
4. If the Appeal Form is submitted and/or signed by an individual other than the appealing party, the appeal form will not be accepted.
5. Late appeals will NOT be accepted. All appeals must be received by the appropriate office no later than 5:00pm of the seventh (7th) Business Day after the delivery date of the hearing decision letter.

**All appeals must be submitted via the following link:**
   **https://cm.maxient.com/reportingform.php?FloridaIntlUniv&layout_id=18**

</div>

**Appellate Review Process:**

Please note that the burden of proof rests with the person appealing to clearly demonstrate the reason for appeal as set forth below. Appeals are not a rehearing of the Student Conduct matter but are a file and/or document review. The reason for the appeal must be based on at least one of the following:

*1. If the basis of the appeal is that the severity of the sanction was disproportionate to the nature of the offense and the Appellate Officer finds the appealing party proved their allegation, the Appellate Officer may modify the sanction.*

*2. If the basis of the appeal is that there was a failure to follow the Student Conduct procedures that substantially affected the outcome, or that there was new information which was not reasonably available at the time of the hearing and could not have been discovered through the exercise of due diligence, which would have substantially affected the outcome and the Appellate Officer finds that the appealing party proved their allegation, the Appellate Officer will order a new hearing.*

**The appellate decision will be issued in writing to the Respondent within twenty-one (21) Business Days of receipt of the written request for appeal unless notification is given that additional time is necessary for consideration of the record on appeal.**

**The submission of an appeal has no immediate effect on a Respondent's status when the sanction is suspension or expulsion.** Such sanction(s) are effective immediately from the date of the decision, unless stayed until Final Agency action at the discretion of the SCAI Director. During such time, the SCAI Director may implement any supportive/interim measures available under the Code, excepting an interim suspension.

If the Respondent appeals in any other case, once an appeal is requested, the sanction(s) will be stayed and will not take effect until the appeal process has been completed. Under these circumstances, a Respondent shall remain eligible to attend classes and University activities pending the appeal.

For more information on appeals, please refer to the Student Conduct and Honor Code.

Florida International University
**www.fiu.edu**