

July 16, 2026

Kaitlyn Daley
Sent electronically to kdale016@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025424307

Dear Kaitlyn Daley:

I have reviewed your appeal letter regarding your Student Conduct Committee Hearing held on June 19, 2026 in which you were found responsible for the following violation(s) of the Florida International University Student Conduct and Honor Code:

1. 5.xi.i. Failure to Comply - Failure to comply with a request or directive of a University Official or non-University law enforcement official in the performance of their duty. -- Responsible

The [Florida International University Student Conduct and Honor Code](#) outlines the criteria for appeals. Appeal considerations are limited to: 1) due process errors, 2) new evidence, and 3) severity of sanction. You appealed based on the following grounds:

- Due process errors
- Severity of sanctions

**After reviewing your appeal and your student conduct file, I am denying your appeal. The original findings and assigned sanctions stand.**

Original Decision Upheld:
1. 5.xi.i. Failure to Comply - Failure to comply with a request or directive of a University Official or non-University law enforcement official in the performance of their duty. **-- Responsible**

Original Sanctions Upheld: (note any amended deadlines)

**Written Reprimand:** This letter serves as a written reprimand from the University. The University takes official notice that your actions were inappropriate and not in accordance with our community standards.

**Video Reflection:** Create a two-minute video explaining your understanding of FIU Regulation 110, what is expected under FIU Regulation 110 related to indoor and outdoor areas, and how you will apply what you have learned moving forward. The video must be your original work. The video must be

**Student Affairs**
**Vice President's Office**
11200 S.W. 8th St., Graham Center 219, Miami, FL  33199 • Tel: 305-348-2797 • Fax: 305-348-1957 • www.fiu.edu
Florida International University is an Equal Opportunity/Access Employer and Institution •TDD via FRS 1-800-955-8771

thoughtful and substantive in its response to the prompt. The Office of Student Conduct & Academic Integrity reserves the right to ask you to resubmit your work if it does not adhere to the outlined instructions. The video, or a link to the video is to be submitted to the Office of Student Conduct & Academic Integrity, conduct@fiu.edu by **August 14, 2026**.

*Given that the due date for your sanction(s) may be rapidly approaching, you are encouraged to contact the Office of Student Conduct & Academic Integrity at* conduct@fiu.edu *to request an extension.*

Please be advised that this decision constitutes final agency action of the University and that no further action will be taken by the University on this matter. You may seek judicial review of this final University decision pursuant to Florida Rule of Appellate Procedure 9.190(b)(3), applicable to review of quasi-judicial decisions of an administrative body not subject to the Administrative Procedure Act, by filing a petition for certiorari review with the appropriate circuit court within thirty (30) days of the final University decision. If you seek review with the court, you must also provide a copy of the petition to the following university office or official: Office of the General Counsel, Clerk of the University, Florida International University, 11200 SW 8th Street, PC 511, Miami, FL 33199.

Feel free to contact me if you have any questions at 305-348-2797.

Sincerely,

Phillip Lloyd Hamilton
Assistant Vice President, Student Belonging & Support
Division of Student Affairs

CC:   Devin Parra, Assistant Dean of Students, Student Conduct and Academic Integrity