

July 23, 2026

Andrew Caro
Sent electronically to acaro028@fiu.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 20254243

Good afternoon Andrew,

I am writing to you as follow-up to an email sent by your Advisor, Adam Saper, on July 21, 2026. Pursuant to FIU Regulation 2501(1)(ii), the Office of Student Conduct and Academic Integrity will continue to direct all communications to your attention. Please share this communication with your advisor as you see fit. It is my understanding you are inquiring about an extension to the due date for the video reflection.

The video reflection had an initial due date of July 20, 2026. The appellate officer issued a decision letter on July 16, 2026, and included in the decision letter a new due date of August 14, 2026. Based on the email sent by your Advisor, it is my understanding you are requesting a new due date of September 4, 2026, which is after the Fall Term begins. I am happy to grant your request, but I also want to extend an opportunity for you to raise any concerns you might have about how this extension could impact your specific academic circumstances. Please let me know if there are any concerns. Otherwise, your request is granted and the video reflection will now be due on or before September 4, 2026.

If you have any questions, please contact the Office of Student Conduct and Academic Integrity at (305) 348-3939 or via email at conduct@fiu.edu.

Thank you,

Devin Parra
Assistant Dean of Students, Student Conduct and Academic Integrity

Florida International University
**www.fiu.edu**