AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▼

|  |  |  |
|---|---|---|
| ICEBREAKERS, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No  1:26-cv-25395-JB |
| JEANETTE NUÑEZ, et al., | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  President Jeanette Nuñez
Florida International University
c/o Office of the General Counsel
11200 SW 8th Street, PC 511
Miami, FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Aug 11, 2026

s/ B Chin

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-25395-JB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   President Jeanette Nuñez

was received by me on *(date)*          08/11/2026          .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Sharee Eriks, Associate General Counsel   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Florida International University

Office of the President                                          on *(date)*   08/11/2026   ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $      12.04      for travel and $      0.00      for services, for a total of $      12.04      .

I declare under penalty of perjury that this information is true.


Date:      08/12/2026

*Maya Albold*
_____
*Server's signature*

Maya Albold, Paralegal
_____
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida   ▾

| | | |
|---|---|---|
| ICEBREAKERS, et al., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.    1:26-cv-25395-JB |
| v. | ) ) | |
| JEANETTE NUÑEZ, et al., | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chair Carlos Duart
Board of Trustees
Florida International University
c/o Office of the General Counsel
11200 SW 8th Street, PC 511
Miami, FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:    Aug 11, 2026

*s/ B Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-25395-JB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Board of Trustees Chair Carlos Duart

was received by me on *(date)*        08/11/2026        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sharee Eriks, Associate General Counsel , who is

designated by law to accept service of process on behalf of *(name of organization)*  Florida International University

Board of Trustees  on *(date)*  08/11/2026  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $  12.04  for travel and $  0.00  for services, for a total of $  12.04  .

I declare under penalty of perjury that this information is true.


Date:  08/12/2026

*Maya Albold*
Server's signature

Maya Albold, Paralegal
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| ICEBREAKERS, et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| JEANETTE NUÑEZ, et al., | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No. 1:26-cv-25395-JB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amelia Rodriguez
Florida International University
Office of Student Conduct & Academic Integrity
11200 SW 8th Street, GC 311
Miami, FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 11, 2026

*s/ B Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-25395-JB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Amelia Rodriguez

was received by me on *(date)*         08/11/2026         .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Sharee Eriks, Associate General Counsel   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Amelia Rodriguez

on *(date)*   08/11/2026   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $   12.04   for travel and $   0.00   for services, for a total of $   12.04   .

I declare under penalty of perjury that this information is true.

Date:   08/12/2026

*Maya Albold*
*Server's signature*

Maya Albold, Paralegal
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc:

Attempted to serve Rodriguez at her office. Was told that she was in not in and would return tomorrow.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida 　▼

| | | |
|---|---|---|
| ICEBREAKERS, et al., | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.　1:26-cv-25395-JB |
| JEANETTE NUÑEZ, et al., | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　Devin Parra
Florida International University
Office of Student Conduct & Academic Integrity
11200 SW 8th Street, GC 311
Miami, FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:　Aug 11, 2026

*s/ B Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-25395-JB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Devin Parra

was received by me on *(date)*        08/11/2026        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Sharee Eriks, Associate General Counsel    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Devin Parra

on *(date)*    08/11/2026    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $    12.04    for travel and $    0.00    for services, for a total of $    12.04    .

I declare under penalty of perjury that this information is true.


Date:    08/12/2026

*Maya Albold*
*Server's signature*

Maya Albold, Paralegal
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc:

Attempted to serve Parra at his office. He told me he would not accept service and that the Office of General Counsel would accept service for him.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | | |
|---|---|---|
| ICEBREAKERS, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:26-cv-25395-JB |
| v. | ) ) | |
| JEANETTE NUÑEZ, et al., | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Phillip Lloyd Hamilton
Florida International University
Division of Student Affairs
11200 SW 8th Street, GC 219
Miami, FL 33199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 11, 2026

**SUMMONS**

*s/ B Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-25395-JB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Phillip Lloyd Hamilton

was received by me on *(date)*          08/11/2026                .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Sharee Eriks, Associate General Counsel          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Phillip Lloyd Hamilton

on *(date)*          08/11/2026          ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $       12.04       for travel and $       0.00       for services, for a total of $       12.04       .

I declare under penalty of perjury that this information is true.


Date:      08/12/2026

*Maya Albold*
*Server's signature*

Maya Albold, Paralegal
*Printed name and title*

ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Server's address*

Additional information regarding attempted service, etc: