**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-25395-JB

ICEBREAKERS, *et al.*,

    *Plaintiffs*,

v.

JEANETTE NUÑEZ, *et al.*,

    *Defendants*.

_____/

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2026, Plaintiffs' Expedited Preliminary Injunction Motion (ECF No. 4) was served in accordance with FRCP 5(b) by hand delivery to Sharee Eriks, Associate General Counsel, Florida International University, who accepted service on behalf of all Defendants.

Respectfully submitted August 12, 2026,

 */s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*

1