# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-25395-JB

ICEBREAKERS, *et al.*,

     *Plaintiffs*,

v.

JEANETTE NUÑEZ, *et al.*,

     *Defendants*.

_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

In accordance with FRCP 7.1, Plaintiffs state that none of them has a parent corporation and no publicly held corporation own any stock in any of them.

In accordance with the Court's Order Regarding Procedures (ECF No. 5), Plaintiffs state that there are no persons, associated persons, firms, partnerships, or corporations, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the Plaintiffs, that have a financial interest in the outcome of this case.

Respectfully submitted August 12, 2026,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Adam C. Saper (FBN 111750) |
| Caroline A. McNamara (FBN 1038312) | Miriam Fahsi Haskell (FBN 69033) |
| Michelle Morton (FBN 81975) | Alana Greer (FBN 92423) |
| Amy Godshall (FBN 1049803) | **Community Justice Project** |
| Daniel B. Tilley (FBN 102882) | 3000 Biscayne Boulevard, Suite 106 |
| **ACLU Foundation of Florida** | Miami, FL 33137 |
| 4343 West Flagler Street, Suite 400 | (305) 907-7697 |
| Miami, FL 33134 | adam@communityjusticeproject.com |
| (786) 363-1769 | miriam@communityjusticeproject.com |
| nwarren@aclufl.org | alana@communityjusticeproject.com |
| cmcnamara@aclufl.org | |
| mmorton@aclufl.org | James Slater (FBN 111779) |
| agodshall@aclufl.org | **Slater Legal PLLC** |
| dtilley@aclufl.org | 9000 Dadeland Boulevard, Suite 1500 |
| | Miami, FL 33156 |

1

2

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

(305) 523-9023
james@slater.legal

*Counsel for Plaintiffs*