UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

    *Plaintiffs*,

v.

JEANETTE M. NUÑEZ, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

Mohammad O. Jazil gives notice of his appearance on behalf of JEANETTE M. NUÑEZ,

CARLOS DUART, AMELIA RODRIGUEZ, DEVIN PARRA, and PHILLIP LLOYD HAMIL-

TON, as counsel for Defendants in the above-styled action, and requests that all papers filed in this

case be served upon him.

Dated: August 12, 2026

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil