**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-25395-JB/Torres**

ICEBREAKERS, et al.,

     *Plaintiffs*,

v.

JEANETTE M. NUÑEZ, et al.,

     *Defendants*.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PRELIMINARY INJUNCTION MOTION**

Defendants Jeanette M. Nuñez, President of Florida International University, Carlos Duart, Chair of Florida International University's Board of Trustees, Amelia Rodriguez, Associate Director of Student Conduct and Academic Integrity, Devin Parra, Assistant Dean of Students for Student Conduct and Academic Integrity, and Phillip Lloyd Hamilton, Assistant Vice President of Student Belonging and Support, move to extend the time for Defendants to respond to Plaintiffs' motion for preliminary injunction, Doc.4, until <u>5pm on Monday, August 17, 2026</u>. Plaintiffs do not oppose this motion.

There's also good cause for the extension. Plaintiffs filed their Complaint on August 11, 2026, Doc.1, and moved for a preliminary injunction that same day, Doc.4. FIU Defendants retained counsel for this case on August 12, 2026. Counsel has overlapping obligations before this Court and others, including in <u>UnidosUS v. Byrd</u>, Consolidated Case No. 1:26-cv-22257, where a motion to dismiss is due today. Without an extension, the FIU Defendants' response to Plaintiffs' motion for preliminary injunction would be due on Friday, August 14, 2026. *See* Doc.6. One additional business day would allow counsel for FIU Defendants to better prepare—and his clients to better assess—a response to the motion.

1

FIU Defendants therefore ask this Court to extend the deadline to file their response on or before 5pm on Monday, August 17, 2026. This extension will not impact the deadline to file a dispositive motion or the trial date in this case, and this is the first motion for extension of time filed in the case.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3) and the Court's order regarding procedures, I certify that on August 12, 2026, FIU's General Counsel conferred with Plaintiffs' counsel in a good faith effort to resolve the issues presented. Plaintiffs do not oppose the motion.

Respectfully submitted,                    Dated: August 12, 2026

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

## LOCAL RULE 7.1(c) CERTIFICATION

The undersigned certifies that the foregoing does not exceed twenty pages inclusive of all parts.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil