**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-25395-JB/Torres**

ICEBREAKERS, et al.,

    *Plaintiffs*,

v.

JEANETTE M. NUÑEZ, et al.,

    *Defendants*.

_____/

**ORDER GRANTING EXTENSION OF TIME**

    **THIS CAUSE** comes before the Court upon the Unopposed Motion for Extension of Time filed by Defendants Jeanette M. Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton. ECF No. [   ]. Upon due consideration of the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [   ], is **GRANTED**. Defendants shall have **to and including 5pm on August 17, 2026**, to respond to Plaintiffs' Expedited Preliminary Injunction Motion, ECF No. 4.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of August, 2026.

 

                                              _____
                                              **JACQUELINE BECERRA**
                                              **UNITED STATES DISTRICT JUDGE**