# EXHIBIT A

**FIU-114 Commercial Solicitation and Advertising.**

(1) Persons wishing to solicit business on University premises, including advertising and other promotional marketing efforts, must first obtain written approval from the Office of the Vice President for Student Affairs or the appropriate official designated in applicable University policies and procedures. The University may assess fees and charges for commercial solicitation, advertising or other promotional efforts conducted on University premises.

(2) All commercial solicitation efforts or advertising on University premises shall be conducted in accordance with applicable University policies and procedures.

(3) The University shall be entitled to remove unauthorized commercial solicitation materials from its premises, and to assess any unauthorized solicitor with charges for removal of such materials, clean up of the premises, and/or the costs to replace or restore damage to property.

*Specific Authority Florida Board of Governors Resolution Adopted January 7, 2003. History–Formerly 6P-6.04, 10-1-75, Repromulgated 12-23-76, Formerly 6C8-6.04, Formerly 6C8-6.004, Amended 9-12-08.*