# EXHIBIT B

**Alexander Purpuro**

| | |
|---|---|
| **From:** | President Jeanette M. Nuñez <presmail@fiu.edu> |
| **Sent:** | Wednesday, March 4, 2026 3:15 PM |
| **To:** | FIU Faculty and Staff; student-list@fiu.edu |
| **Subject:** | REMINDER: Join President Jeanette M. Nuñez for the Presidential Speaker Series on March 13 |

FLORIDA INTERNATIONAL UNIVERSITY

*Presidential*

SPEAKER SERIES

A fireside chat and Q&A moderated by President Jeanette M. Nuñez

FEATURING

*Alex Rodriguez*

as they discuss leadership, entrepreneurship and building a lasting legacy beyond the game.



Alex Rodriguez is Chairman and Chief Executive Officer of A-Rod Corp, an investment firm partnering with leading global companies across real estate, sports, media, and entertainment. Prior to his business career, Rodriguez spent more than two decades as one of the most accomplished athletes in Major League Baseball history, earning 14 All-Star selections and a World Series championship, and has since leveraged that experience to build and lead high-growth organizations across multiple industries.

---

**Friday, March 13, 2026**
**11:00 a.m. - 12:00 p.m.**
Student Academic Success Center (SASC) Auditorium
FIU Modesto A. Maidique Campus
11200 S.W. 8th Street
Miami, Florida 33199

RSVP

*Register by Friday, March 6, 2026*

Should you need an ADA accommodation to participate in a university event, program, or activity or need to request materials in an accessible format, please contact FIU's Office of Civil Rights Compliance and Accessibility (CRCA) at 305-348-2785 or accommodations@fiu.edu.

FLORIDA INTERNATIONAL UNIVERSITY