# EXHIBIT C

00523129_Protest_4 - A. Cruz.mp4