# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

Plaintiffs,

v.

JEANETTE NUÑEZ, et al.,

Defendants.

______________________________________

**DECLARATION OF FRANCISCO GAMUNDI**

I declare pursuant to 28 U.S.C. § 1746 that I have read the following document and the facts stated herein are true:

1. I am Francisco Gamundi, an adult over 18 years of age. I have been employed with the Florida International University Police Department for [7] years and currently hold the position of [Detective]. I have held this position since [2024].
2. On March 13, 2026, I attended an event in Room 160 of FIU's Student Access and Success Center. Room 160 is a large auditorium. The event was part of FIU's Presidential Speaker Series and featured a discussion between FIU President, Jeanette Nuñez, and Alex "A-Rod" Rodriguez. I attended the event as part of my official duties as a detective with the FIU Police Department to provide general security and support for the event.
3. After the event began, a group of attendees sitting next to each other in lines in the center and rear across the front section of the auditorium stood up and faced away from the front of the auditorium, with their backs to the President and Mr. Rodriguez. These attendees

stood up as a group and remained standing as a group. These attendees were all wearing identical t-shirts bearing the message "ICE OFF FIU." The standing attendees obstructed the view of the stage, preventing audience members in the rows behind the standing attendees from being able to see the stage. These attendees eventually left as a group all at the same time.

4. From my perspective, as someone in the room, the standing attendees disrupted the event, both by obstructing other audience members' view of the event and by causing a distraction when they stood up together and left the auditorium all at the same time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in [Miami], Florida