# EXHIBIT E

00523130_Protest_2 - Cal.mp4