# EXHIBIT F

00526797_ICE Breakers IG Post - Speaker Series.mp4