**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

Plaintiffs,

v.

JEANETTE NUÑEZ, et al.,

Defendants.

______________________________________

**DEFENDANTS' NOTICE OF LODGING AND CONVENTIONAL FILING OF USB FLASH DRIVE**

Defendants Jeanette Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton, hereby submit this notice of lodging and conventional filing of physical media with the Court in connection with Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. Defendants' Response references video exhibits that, due to their large size and format, cannot be submitted via the Court's CM/ECF system. Accordingly, Defendants have loaded the files onto a USB flash drive, which will be delivered to the Clerk's office. Defendants will also provide the Court with a copy via share folder concurrently with this filing.

The share folder and USB flash drive contain the following exhibits:

- Exhibit C - 00523129_Protest_4 - A. Cruz.mp4
- Exhibit E - 00523130_Protest_2 - Cal.mp4
- Exhibit F - 00526797_ICE Breakers IG Post - Speaker Series.mp4

Defendants have provided a copy of these exhibits to Plaintiffs electronically via a share folder.

Respectfully submitted, Date: August 17, 2026

/s/ Mohammad O. Jazil
MOHAMMAD O. JAZIL (Fla. Bar No. 72556)
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil