**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-25395-JB/Torres**

ICEBREAKERS, et al.,

*Plaintiffs*,

v.

JEANETTE NUÑEZ, et al.,

*Defendants*.
_______________________________________/

# DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants Jeanette Nuñez, in her official capacity, Carlos Duart, in his official capacity, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton file this Certificate of Interested Parties and Corporate Disclosure Statement.

**Corporate Disclosure Statement:** Defendant Jeanette Nuñez states that she is the President of Florida International University, a public university. Defendant Carlos Duart states that he is the Chairman of the Florida International University Board of Trustees. Defendant Amelia Rodriguez states that she is the Associate Director of Student Conduct and Academic Integrity at Florida International University. Defendant Devin Parra states that he is the Assistant Dean of Students for Student Conduct and Academic Integrity at Florida International University. Defendant Phillip Lloyd Hamilton states that he is the Assistant Vice President of Student Belonging and Support at Florida International University. Florida International University does not have any subsidiaries, conglomerates, affiliates, or parent corporations, and no publicly held corporation owns any stock in it. In an abundance of caution, Defendants note that three (3) Florida International University direct-support organizations have been created pursuant to state law: FIU

Athletics Finance Corporation; Florida International University Foundation, Inc.; and Florida International University Research Foundation, Incorporated. In addition, two (2) Florida International University health services support organizations have been created under state law: The Florida International University Children's Alliance for Research and Education, Inc., and The Florida International University Health Care Network, Inc.

**Interested Parties:** The following lists persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

1. ACLU Foundation of Florida, *Counsel for Plaintiffs*
2. Basden, Allyson, *Plaintiff*
3. Caro, Andrew, *Plaintiff*
4. Community Justice Project, *Counsel for Plaintiffs*
5. Daley, Kaitlyn, *Plaintiff*
6. Dean, Caleb, *Plaintiff*
7. Duart, Carlos, *Defendant*
8. Florida International University, *Entity Related to Party Defendants*
9. Godshall, Amy, *Counsel for Plaintiffs*
10. Greer, Alana, *Counsel for Plaintiffs*
11. Hamilton, Phillip Lloyd, *Defendant*
12. Haskell, Miriam, *Counsel for Plaintiffs*
13. Holtzman Vogel Baran Torchinsky & Josefiak PLLC, *Counsel for Defendants*
14. ICEBreakers, *Plaintiff*
15. Jazil, Mohammad, *Counsel for Defendants*
16. Kuhlman, James, *Plaintiff*

17. Levin, Reid, *Counsel for Plaintiffs*
18. Luna, Reinier, *Plaintiff*
19. McNamara, Caroline, *Counsel for Plaintiffs*
20. Morton, Michelle, *Counsel for Plaintiffs*
21. Nuñez, Jeanette, *Defendant*
22. Parra, Devin, *Defendant*
23. Purpuro, Alexander, *Counsel for Defendants*
24. Reid Levin, PLLC, *Counsel for Plaintiffs*
25. Rodriguez, Amelia, *Defendant*
26. Saper, Adam, *Counsel for Plaintiffs*
27. Slater, James, *Counsel for Plaintiffs*
28. Slater Legal PLLC, *Counsel for Plaintiffs*
29. Tilley, Daniel, *Counsel for Plaintiffs*
30. Tripathi, Katyayani, *Plaintiff*
31. Warren, Nicholas, *Counsel for Plaintiffs*

Dated: September 2, 2026

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil