**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-25395-JB/Torres**

ICEBREAKERS, et al.,

*Plaintiffs*,

v.

JEANETTE M. NUÑEZ, et al.,

*Defendants*.
______________________________________/

**UNOPPOSED MOTION TO ALTER FORMAT OR RESCHEDULE HEARING ON MOTION TO DISMISS**

Defendants respectfully ask this Court to alter the format or to reschedule the in-person hearing on their motion to dismiss set for 2:30pm on September 24, 2026. Counsel for Defendants currently has an administrative trial set before the Florida Division of Administrative Hearing in *S.F., et al. v. Department of Children and Families*, Case No. 26-3482RP, which begins at 9:00am eastern on September 25, 2026. The last flight from Miami to Tallahassee departs at 5:00pm eastern on September 24, 2026; counsel is unsure whether he can make that flight and return to Tallahassee in time for the beginning of trial. Defendants therefore ask that this Court allow for a telephonic- or Zoom-hearing on the motion to dismiss at 2:30pm on September 24, 2026, or that this Court reschedule the in-person hearing for another date and time.

**CERTIFICATE OF CONFERRAL**

Counsel for Defendants conferred with counsel for Plaintiffs concerning this motion on September 16, 2026. The conferral was by email and telephone. Plaintiffs do not oppose.

Dated: September 16, 2026

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the applicable size and font requirements, and applicable page limits.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil