**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

Plaintiffs,

v.

JEANETTE NUÑEZ, et al.,

Defendants.

---

**NOTICE OF REVIEW OF UNIVERSITY REGULATION 110**

FIU hereby provides notice to the Court that it has initiated review and revision of Regulation 110, Section 3, the university regulation provision that is the subject of this litigation.

The Florida Constitution empowers FIU's Board of Trustees to "administer" the University, which includes the adoption of regulations like Regulation 110. *See* Art. IX, § 7(b), Fla. Const. ("A board of trustees shall administer each public university . . . ."). To help implement this authority, FIU has adopted uniform procedures for the adoption, revision, and repeal of generally applicable University regulations. A copy of those procedures, entitled "Regulation Development Procedure for State University Board of Trustees," is attached as Exhibit 1 and is publicly available at https://regulations.fiu.edu/regulations-procedure/. Those procedures provide that "[p]rior to the adoption, amendment or repeal of any regulation, except an emergency regulation," FIU must provide 30 days' notice of the proposed change via a publication on the University's website before the board of trustees can act on the proposal. Ex. 1 at 2-3. FIU's procedures further contain

provisions for the solicitation and consideration of comments, the approval of any regulatory changes by the university system's Board of Governors, and challenges to a regulation. *Id.* at 2-9.

As is reflected in the accompanying Declaration of Ryan M. Kelley, attached as Exhibit 2, FIU formally initiated a review and revision of Regulation 110(3) as of September 8, 2026, to prepare a proposed amendment to Regulation 110. Ex. 2 ¶ 3. Any action on Regulation 110 requires compliance with the above-described procedures, including the provision of 30 days' notice of a proposed action before the board of trustees may act on such a proposal. *Id.* ¶ 3. The next scheduled board of trustees meeting where FIU could reasonably provide adequate notice for such an action will be November 10, 2026. *Id.* ¶ 5. Accordingly, FIU expects to publish a proposed amendment to Regulation 110 at least 30 days before the November 10 meeting. *Id.* ¶ 6.

FIU provides this notice to inform the Court of steps that the University is taking to consider concerns raised regarding Regulation 110(3). If Regulation 110(3) is amended or repealed, this challenge may be rendered moot. *See Nat'l Adver. Co. v. City of Miami*, 402 F.3d 1329, 1332 (11th Cir. 2005) ("This Court and the Supreme Court have repeatedly held that the repeal or amendment of an allegedly unconstitutional statute moots legal challenges to the legitimacy of the repealed legislation."). Although FIU cannot predict or prejudge the outcome of the review and revision process, it will advise the Court of any updates to the process. If Regulation 110(3) is ultimately amended, FIU will promptly notify the Court and request appropriate relief.

Respectfully submitted,

Date: September 21, 2026

/s/ Mohammad O. Jazil
MOHAMMAD O. JAZIL (Fla. Bar No. 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil