**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ICEBREAKERS, et al.,
*Plaintiffs,*

v. Case No. 26-cv-25395-JB

NUÑEZ, et al.,
*Defendants.*

---

**DECLARATION OF RYAN M. KELLEY**

---

I, Ryan M. Kelley, consistent with 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Acting General Counsel of Florida International University ("FIU" or "University"). I am over the age of eighteen and competent to make this declaration. I make this declaration based on my personal knowledge and in my official capacity as Acting General Counsel of FIU.

2. The University has ceased enforcement of University Regulation 110, Section 3 as to all students, effective August 25, 2026.

3. As of September 8, 2026, the University has initiated review and revision of Section 3 in preparation for a proposed amendment to University Regulation 110.

4. In accordance with the Florida Board of Governors' *Regulation Development Procedure for State University Boards of Trustees*, a university board of trustees must provide notice of an amendment to a regulation at least 30 days before taking action on the amendment.

5. The University's next scheduled board meeting that would provide adequate notice for such action is November 10, 2026.

6. Accordingly, the proposed amendment is expected to be posted at least 30 days before the November 10, 2026 meeting on a clearly marked area of the University's website, consistent with the Board of Governors' notice requirements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2026.

**Ryan M. Kelley**
Acting General Counsel
Florida International University
Modesto A. Maidique Campus
11200 S.W. 8th Street, PC 511
Miami, Florida 33199