**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

Plaintiffs,

v.

JEANETTE NUÑEZ, et al.,

Defendants.

---

# NOTICE OF APPEAL

Defendants Jeanette Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from the order of this Court dated August 23, 2026. Doc. 20. The order granted Plaintiffs' motion for preliminary injunction.

Respectfully submitted,

Date: September 21, 2026

/s/ Mohammad O. Jazil
MOHAMMAD O. JAZIL (Fla. Bar No. 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil