**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

*Plaintiffs*,

v.

JEANETTE NUÑEZ, et al.,

*Defendants*.

---

**NOTICE OF APPERANCE**

Alexander M. Purpuro gives notice of his appearance on behalf of Defendants Jeanette Nuñez, Carlos Duart, Amelia Rodriguez, Devin Parra, and Phillip Lloyd Hamilton, as counsel for Defendants in the above-styled action, and requests that all papers filed in this case be served upon him.

Respectfully submitted,

Date: October 30, 2026

/s/ Alexander M. Purpuro
ALEXANDER M. PURPURO
(Fla. Bar No. 1025872)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
apurpuroholtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Alexander M. Purpuro
Alexander M. Purpuro