**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

Plaintiffs,

v.

JEANETTE NUÑEZ, et al.,

Defendants.

---

**STATUS REPORT REGARDING AMENDMENT TO UNIVERSITY REGULATION 110**

Pursuant to this Court's November 17, 2026 Order, Doc. 46, FIU provides this status report detailing actions taken with respect to Regulation 110 since its September 21, 2026 Notice of Review.

On October 9, 2026, FIU published a "Notice of Proposed Amendment to Regulation" reflecting FIU's proposed revisions to Regulation 110(3)—renumbered to 110(2) in the proposed amendment. A copy of that Notice is attached as Exhibit 1 and is publicly available on FIU's website, https://regulations.fiu.edu/regulation/fiu-110/. On November 10, 2026, at a public meeting of FIU's Board of Trustees, the Academic Policy and Student Affairs Committee approved the regulation to be heard and adopted by the full board. The full board approved the amendment without objection. The amendment to Regulation 110 is now in effect and is publicly available at https://regulations.fiu.edu/wp-content/uploads/2026/11/FIU-110-Expressive-Activities-on-Campus-Regulation-11.10.26.pdf. A copy of the amendment is attached as Exhibit 2. The recording of the FIU Board of Trustee meeting is available online at 11/10/26 Florida International

University Board of Trustees Meeting - The Florida Channel, and the relevant discussion is at minute markers 19:55 to 29:30 and 1:05:30-1:06:23.

Following the adoption of the amendment and the Veteran's Day holiday, FIU promptly took up the matter of the individual Plaintiffs' disciplinary cases arising under the prior version of Regulation 110. On November 17, 2026, in consideration of this Court's preliminary injunction and FIU's amendment of Regulation 110, FIU's Chief Student Affairs Officer vacated Plaintiffs' disciplinary filings, rescinded their sanctions, and administratively closed their cases. Exhibit 3. Any conduct holds or notations will be removed from Plaintiffs' files. *Id.*

Considering these developments, FIU contends Plaintiffs' claims for prospective relief are now moot and the official capacity claims should be dismissed for lack of jurisdiction. FIU is filing a suggestion of mootness contemporaneously with this status report to present the legal basis for dismissal to the Court.

Respectfully submitted, November 19, 2026

/s/ Mohammad O. Jazil
MOHAMMAD O. JAZIL (Fla. Bar No. 72556)
ALEXANDER M. PURPURO (Fla. Bar No. 1025872)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
apurpuro@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil