# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:26-cv-25395-JB/Torres

ICEBREAKERS, et al.,

Plaintiffs,

v.

JEANETTE NUÑEZ, et al.,

Defendants.

---

## DECLARATION OF SHAREE ERIKS

I declare pursuant to 28 U.S.C. § 1746 that I have read the following document and the facts stated herein are true:

1. I am Sharee Eriks, an adult over 18 years of age. I am employed with the Florida International University Office of the General Counsel and currently hold the position of Associate General Counsel.
2. On November 17, 2026, Chief Student Affairs Officer, Charles Andrew, exercised his delegated authority to administer the student conduct system at FIU to vacate the findings of responsibility, rescind sanctions from those findings, remove any conduct holds or notations, and administratively close the conduct cases as to Plaintiffs Basden, Caro, Daley, Dean, Luna, and Tripathi, and to close the pending conduct action against Plaintiff Kuhlman.
3. Mr. Andrews exercised this authority after consideration of the preliminary injunction entered on August 23, 2026, by the United States District Court, Southern District of

Florida, regarding former Regulation FIU-110, Expressive Activities in Outdoor Areas of Campus ("FIU-110"), and the amendment to FIU-110 approved by the Board of Trustees on November 10, 2026. Specifically, Mr. Andrews determined that continued maintenance and enforcement of the disciplinary findings and sanctions in this case no longer advance the educational and institutional objectives of the student conduct system at FIU.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2026 in Fort Lauderdale, Florida